**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In re: Jim's Metal Works, Inc | § § § § | Case No. 20-00932-JMM |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Timothy R. Kurtz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,452.02 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,389.40 | | |

  3) Total gross receipts of $5,841.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,841.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $29,800.00 | $18,940.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,389.95 | $1,389.95 | $1,389.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $510,853.86 | $138,140.95 | $138,049.74 | $4,452.02 |
| **TOTAL DISBURSEMENTS** | $540,653.86 | $158,471.23 | $139,439.69 | $5,841.42 |

4) This case was originally filed under chapter 7 on 10/27/2020. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2021    By: /s/ Timothy R. Kurtz
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Acct #7475 Funds | 1229-000 | $17,523.42 |
| **TOTAL GROSS RECEIPTS** | | **$17,523.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quicksilver Capital, LLC | 4110-000 | NA | $17,585.88 | $0.00 | $0.00 |
| 12 | EIN CAP, INC | 4110-000 | $29,800.00 | $1,354.45 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$29,800.00** | **$18,940.33** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Timothy R. Kurtz | 2100-000 | NA | $1,334.14 | $1,334.14 | $1,334.14 |
| Trustee, Expenses - Timothy R. Kurtz | 2200-000 | NA | $0.55 | $0.55 | $0.00 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $55.26 | $55.26 | $55.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,389.95 | $1,389.95 | $1,389.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ATX MCA FUND I, LLC | 7100-000 | $24,358.08 | $24,358.08 | $24,358.08 | $785.53 |
| 3 | Internal Revenue Service | 7100-000 | NA | $2,255.00 | $2,255.00 | $72.72 |
| 4 | International Knife and Saw, Inc. | 7100-000 | $2,400.00 | $2,400.00 | $2,400.00 | $77.40 |
| 5 | Inland Crane Inc. | 7100-000 | $3,967.50 | $3,967.50 | $3,967.50 | $127.95 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $450.00 | $11,040.24 | $11,040.24 | $356.04 |
| 7 | JPMorgan Chase Bank, N.A. | 7100-000 | $15,382.50 | $15,382.50 | $15,382.50 | $496.08 |
| 8 | Brown Strauss, Inc. | 7100-000 | NA | $37,306.96 | $37,306.96 | $1,203.13 |
| 9 | EBF Partners, LLC d/b/a Everest Business Funding | 7100-000 | NA | $32,943.00 | $32,943.00 | $1,062.39 |
| 10 | American Express National Bank | 7100-000 | NA | $1,095.75 | $1,095.75 | $35.34 |
| 11 | Idaho Central Credit Union | 7100-000 | $791.92 | $7,300.71 | $7,300.71 | $235.44 |
| 13 | D B Supply | 7200-000 | $91.21 | $91.21 | $0.00 | $0.00 |
| N/F | ADT Security | 7100-000 | $150.69 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $228.63 | NA | NA | NA |
| N/F | Alliance Dairy Service | 7100-000 | $501.88 | NA | NA | NA |
| N/F | Baird Oil | 7100-000 | $396.76 | NA | NA | NA |
| N/F | Bonneville Blue Print | 7100-000 | $136.08 | NA | NA | NA |
| N/F | CWB Group | 7100-000 | $2,164.06 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Caldwell True Value | 7100-000 | $25.67 | NA | NA | NA |
| N/F | Celtic Bank | 7100-000 | $25,300.00 | NA | NA | NA |
| N/F | City of Caldwell | 7100-000 | $221.59 | NA | NA | NA |
| N/F | Franklin Building Supply | 7100-000 | $111.37 | NA | NA | NA |
| N/F | Hallmark Commercial Ins. | 7100-000 | $1,501.30 | NA | NA | NA |
| N/F | Heating Equipment Company | 7100-000 | $111.37 | NA | NA | NA |
| N/F | Home Depot Credit Card Serv | 7100-000 | $500.96 | NA | NA | NA |
| N/F | House of Wheels, Inc, | 7100-000 | $33.16 | NA | NA | NA |
| N/F | Idaho Power | 7100-000 | $646.83 | NA | NA | NA |
| N/F | Idaho Tractor Inc. | 7100-000 | $135.47 | NA | NA | NA |
| N/F | Intermountain Gas Attn: Bankruptcy Dept | 7100-000 | $14.53 | NA | NA | NA |
| N/F | Interstate Batteries | 7100-000 | $371.59 | NA | NA | NA |
| N/F | Isom Industrial Metals, Inc. | 7100-000 | $55,066.00 | NA | NA | NA |
| N/F | Isom Industrial Metals, Inc. | 7100-000 | $215,000.00 | NA | NA | NA |
| N/F | JT Group, Inc | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Janitors for Hire | 7100-000 | $70.00 | NA | NA | NA |
| N/F | Kenworth Sales c/o Trebar Financials | 7100-000 | $98.83 | NA | NA | NA |
| N/F | McGuire Bearing Company | 7100-000 | $9.62 | NA | NA | NA |
| N/F | McMaster-Carr | 7100-000 | $1,619.83 | NA | NA | NA |
| N/F | Norco | 7100-000 | $5,654.34 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | PDM Steel Service Centers | 7100-000 | $31.89 | NA | NA | NA |
| N/F | Pacific Steel | 7100-000 | $32,230.88 | NA | NA | NA |
| N/F | Paramount Supply Company | 7100-000 | $76.98 | NA | NA | NA |
| N/F | Porter Hauling | 7100-000 | $1,250.00 | NA | NA | NA |
| N/F | Prestige Capital Funding Gro | 7100-000 | $10,836.30 | NA | NA | NA |
| N/F | Quicksilver Capital | 7100-000 | $27,041.00 | NA | NA | NA |
| N/F | Ripley Dorn | 7100-000 | $2,588.09 | NA | NA | NA |
| N/F | Rodda Paint | 7100-000 | $3.00 | NA | NA | NA |
| N/F | Superior Paint & Glass | 7100-000 | $150.27 | NA | NA | NA |
| N/F | THB, Inc | 7100-000 | $277.05 | NA | NA | NA |
| N/F | TJT Inc. | 7100-000 | $783.56 | NA | NA | NA |
| N/F | Tacoma Screw Products | 7100-000 | $222.27 | NA | NA | NA |
| N/F | Treasure Valley Coffee | 7100-000 | $132.12 | NA | NA | NA |
| N/F | Unique Funding Solutions | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Wells Fargo Bank Attn: Timothy Sloan,Pres-CEO | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Wells Fargo Card Services | 7100-000 | $17,318.68 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $510,853.86 | $138,140.95 | $138,049.74 | $4,452.02 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 20-00932-JMM
**Case Name:** Jim's Metal Works, Inc
**For Period Ending:** 09/23/2021

**Trustee Name:** (320200) Timothy R. Kurtz
**Date Filed (f) or Converted (c):** 10/27/2020 (f)
**§ 341(a) Meeting Date:** 12/03/2020
**Claims Bar Date:** 06/01/2021

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Wells Fargo Acct #7475 Funds (u) | 0.00 | 0.00 | | 5,841.42 | FA |
| 1 | **Assets Totals (Excluding unknown values)** | **$0.00** | **$0.00** | | **$5,841.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/23/21 - Mailed out distribution checks (11checks) . MK
07/22/21 - Order of Distribution approved.
06/14/21 - Sent TFR to reviewer.
06/14/21 - After review of claims; do not believe that security interests attach to bank account, as they are not attached to "deposit accounts".
06/11/21 - Review claims, including secured claims for accounts receivables and UCC filing.
03/01/21 - Filed Notice of Asset
01/27/21 - Review overall matter, statements, taxes, etc....
12/01/21 - Factual research regarding company's statements and funds.
11/25/20 - Deposited WF funds.
10/30/20 - Faxed Trustee's Request for Turnover of Debtor's Funds $5,841.42.

**Initial Projected Date Of Final Report (TFR):** 12/03/2021    **Current Projected Date Of Final Report (TFR):** 06/14/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 20-00932-JMM | **Trustee Name:** | Timothy R. Kurtz (320200) | |
| **Case Name:** | Jim's Metal Works, Inc | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***3880 | **Account #:** | ******0029 Checking | |
| **For Period Ending:** | 09/23/2021 | **Blanket Bond (per case limit):** | $51,601,059.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/25/20 | {1} | Wells Fargo Bank, NA | Wells Fargo Acct #7475 Funds | 1229-000 | 5,841.42 | | 5,841.42 |
| 11/30/20 | {1} | Wells Fargo Bank | Wells Fargo Acct #7475 Funds | 1229-000 | -5,841.00 | | 0.42 |
| 12/22/20 | {1} | Wells Fargo Bank | Ledger Adjustment | 1229-000 | 5,841.00 | | 5,841.42 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.33 | 5,832.09 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.03 | 5,823.06 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 8.70 | 5,814.36 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 10.24 | 5,804.12 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.30 | 5,794.82 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 8.66 | 5,786.16 |
| 07/23/21 | 101 | Timothy R. Kurtz | Combined trustee compensation & expense dividend payments. | 2100-000 | | 1,334.14 | 4,452.02 |
| 07/23/21 | 102 | ATX MCA FUND I, LLC | Distribution payment - Dividend paid at 3.22% of $24,358.08; Claim # 2; Filed: $24,358.08 | 7100-000 | | 785.53 | 3,666.49 |
| 07/23/21 | 103 | Internal Revenue Service | Distribution payment - Dividend paid at 3.22% of $2,255.00; Claim # 3; Filed: $2,255.00 | 7100-000 | | 72.72 | 3,593.77 |
| 07/23/21 | 104 | International Knife and Saw, Inc. | Distribution payment - Dividend paid at 3.23% of $2,400.00; Claim # 4; Filed: $2,400.00 | 7100-000 | | 77.40 | 3,516.37 |
| 07/23/21 | 105 | Inland Crane Inc. | Distribution payment - Dividend paid at 3.23% of $3,967.50; Claim # 5; Filed: $3,967.50 | 7100-000 | | 127.95 | 3,388.42 |
| 07/23/21 | 106 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 3.22% of $11,040.24; Claim # 6; Filed: $11,040.24 | 7100-000 | | 356.04 | 3,032.38 |
| 07/23/21 | 107 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 3.23% of $15,382.50; Claim # 7; Filed: $15,382.50 | 7100-000 | | 496.08 | 2,536.30 |
| 07/23/21 | 108 | Brown Strauss, Inc. | Distribution payment - Dividend paid at 3.22% of $37,306.96; Claim # 8; Filed: $37,306.96 | 7100-000 | | 1,203.13 | 1,333.17 |
| 07/23/21 | 109 | EBF Partners, LLC d/ba Everest Business Funding | Distribution payment - Dividend paid at 3.22% of $32,943.00; Claim # 9; Filed: $32,943.00 | 7100-000 | | 1,062.39 | 270.78 |
| 07/23/21 | 110 | American Express National Bank | Distribution payment - Dividend paid at 3.23% of $1,095.75; Claim # 10; Filed: $1,095.75 | 7100-000 | | 35.34 | 235.44 |
| 07/23/21 | 111 | Idaho Central Credit Union | Distribution payment - Dividend paid at 3.22% of $7,300.71; Claim # 11; Filed: $7,300.71 | 7100-000 | | 235.44 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,841.42 | 5,841.42 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 5,841.42 | 5,841.42 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,841.42** | **$5,841.42** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-00932-JMM | | **Trustee Name:** | Timothy R. Kurtz (320200) |
| **Case Name:** | Jim's Metal Works, Inc | | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***3880 | | **Account #:** | ******0029 Checking |
| **For Period Ending:** | 09/23/2021 | | **Blanket Bond (per case limit):** | $51,601,059.00 |
| | | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $5,841.42 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,841.42 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0029 Checking | $5,841.42 | $5,841.42 | $0.00 |
| | $5,841.42 | $5,841.42 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)